Motion to [amend] my complaint [add to it rather than to change it] filed against Tanya S Chutkan in the District Court in 2023. #23-1918; Fisher v Chutkan

First: No court clerk issued any summons to/for/on Clayton R Higgins Jr after I filed a civil action complaint against him in Dec 2022; so as to deny me my right to petition the government,...no process of law was ever employed for me as regards Higgins Jr. This court never acquired personal jurisdiction as required to proceed to trial nor any type of judgment. The only way any judge in any civil action can "dismiss" that action is during the trial in the controversy, a party, usually the respondent assuming the party sued was notified of the complaint to respond to be a respondent here, makes the motion before the court to "dismiss" it on properly explained grounds; Here Chutkan did not wait for that, she jumped the gun to subvert due process of law to write a memorandum opinion illegally; to "dismiss" what was never a "case" but it was an attempt to process a "controversy."

I wrote all of this in my original complaint but not in this detail with this much specificity that I am now doing.

I believe this motion to amend my complaint is properly made as here there has been no action to my knowledge in progress on this controversy in over 8 months now; I do file this addition to my complaint before it is properly processed to be a suit, so is in time before any trial is scheduled for it.

I refer to #22-3674-UNA against Higgins Jr as still unassigned as that means that Higgins Jr still has not been issued the summons so he has never responded to no notice of this complaint is UNA (unassigned) which that means no jurisdiction has ever been acquired by the court (especially not by Chutkan) to allow Chutkan to arbitrarily "dismiss" no filed civil action suit.

Darrel R. Fisher



RECEIVED
Mail Room

MAR 11 2024

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

RECEIVED

03/12/2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia